UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLOW BEND TOWNE CENTRE, LTD.,
a Florida limited partnership,

    Plaintiff,

vs.                                                Case No:

FITNESS INTERNATIONAL, LLC,
a California limited liability company,

    Defendants.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, Willow Bend Towne Centre, Ltd. ("**WBTC**"), a Florida limited partnership, by and through its undersigned counsel, sues Defendant, Fitness International, LLC f/k/a L.A. Fitness International, LLC, ("**LA Fitness**") a California limited liability company, and alleges:

### I.    NATURE OF THE ACTION

1. WBTC brings this action fo damages asserting a cause of action against LA Fitness for breach of contract, specifically a breach of a lease agreement between Plaintiff and Defendant.

### II.    PARTIES

2. Plaintiff WBTC is a Florida limited partnership authorized to do business in the State of Florida.

3. Defendant LA Fitness is a California limited liability company with its principal place of business in California.

### III.  JURISDICTION AND VENUE

4. This court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because the parties are completely diverse in their citizenship and the amount in controversy exceeds $75,000, exclusive of interests and costs. Plaintiff WBTC is a citizen of Florida and Defendant LA Fitness is a citizen of California.

5. This Court has personal jurisdiction over Defendant LA Fitness because LA Fitness is subject to the jurisdiction of Florida Courts pursuant to Florida's long arm statute, § 48.193, *Fla. Stat.* Specifically, this cause of action arises from: Defendant's operation, conduct, engagement in and carrying on of a business in this state; using and possession real property within this state, and breaching a contract within this state by failing to perform acts required by the contract to be performed in this state, namely making payment to Plaintiff in this state. Defendant is also subject to jurisdiction in this state because it is engaged in substantial and not isolated activity within this state.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because this judicial district is (1) the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred; and (2) the district in which a substantial part of property that is the subject of the action was situated. The property at issue is located in Lutz, Florida and Defendant breached its agreement with WBTC by not paying amounts due to be paid in this District under the lease agreement governing leased property in this District.

### IV.  STATEMENT OF FACTS

7. WBTC is the owner of real property located at 23048 State Road 54, Lutz, Florida (the "**Premises**").

8. LA Fitness is a business owning various fitness facilities throughout the United States, including throughout the state of Florida. In this case, LA Fitness leased the building and land in which to situate its fitness facilities.

9. On or about May 17, 2007, Lifestyle Family Fitness, Inc. ("**Lifestyle**") entered into a Lease Agreement with WBTC to lease the Premises (the "**Lease Agreement**"). The Lease Agreement is attached hereto as **Exhibit "A"** and incorporated by reference herein.

10. On or about October 26, 2007, WBTC and Lifestyle entered into the First Amendment to the Lease Agreement, which added certain provisions for leasehold improvements, modified the commencement date to January 4, 2008, and modified the expiration date of the initial term of the lease to February 28, 2023. The First Amendment to the Lease Agreement is attached hereto as **Exhibit "B"** and incorporated by reference herein.

11. On or about September 30, 2009, WBTC and Lifestyle entered into the Second Amendment to the Lease Agreement, which contained certain deffered rent provisions applying from June 2009 through May 2013. The Second Amendment to the Lease Agreement is attached hereto as **Exhibit "C"** and incorporated by reference herein.

12. On or about July 2, 2012, Defendant LA Fitness assumed the Lease Agreement by entering into the Assignment, Assumption, and Consent Agreement with Lifestyle (the "**Assignment**"). The Assignment is attached hereto as **Exhibit "D"** and incorporated by reference herein.

13. Pursuant to the Lease Agreement Sections 4.1 and 4.2, Defendant is obligated to pay monthly installments of an annual fixed rent ("**Monthly Rent**") plus a certain portion of common area maintenance ("**CAM**"), which is defined as real estate taxes and customary expenses

incurred by Plaintiff in connection with insuring, securing, servicing, operating, managing, and maintaining the common facilities of the Premises.

14. At all relevant times for this complaint, the Monthly Rent was no less than $75,983.17 plus monthly CAM and sales tax billing.

15. Both the Lease Agreement and the Assignment provide for an award of attorneys fees. Section 7.1.6 of the Lease Agreement provides that the prevailing party in judicial proceedings to enforce the obligations under the lease agreement is entitled to reasonable attorneys' fees and expenses. Section 8 of the Assignment affirms the the entitlement to attorneys' fees and costs.

16. During 2020, Defendant failed to timely make certain Monthly Rent and CAM payments, in breach of the Lease Agreement.

17. Additionally, Defendant has failed to make certain other payments, also in breach of the Lease Agreement.

18. Accordingly, Defendant is in default under the Lease Agreement, owing Plaintiff an amount not less than $199,692.65 (the "**Delinquent Balance**"), not including pre-judgment interest, a detailed breakdown of which is attached hereto as **Exhibit "E"** and incorporated herein by reference.

19. According to the Section 4.1(e) of the lease, Monthly Rent and CAM payments are due on the first day of each month. If any installment of Monthly Rent and CAM due under the Lease Agreement "is not paid within ten (10) days of the time and at the place and in the manner specified, then Landlord, in addition to any remedies that may otherwise be available, shall be entitled to a late charge fee of five percent (5%) of the amount due for Landlord's administrative

cost due to such late payment, and interest shall accrue on all past due rent at the rate of 12% per annum from the due date until paid."

20. On or around June 30, 2022, Plaintiff sent Defendant a letter, via FedEx Overnight, demanding payment of the Delinquent Balance. The letter is attached hereto **Exhibit "F"** and incorporated herein by reference. As of the filing of this Complaint, Defendant has not paid the Delinquent Balance.

21. All conditions precedent to the relief requested herein have occurred, have been performed or have been waived.

22. WBTC has been required to retain the services of the undersigned to represent it in this case and is obligated to pay the undersigned a reasonable fee for its services. Pursuant to the Lease Agreement, WBTC is entitled to recover its reasonable attorneys' fees and costs incurred herein.

## V.  CLAIM FOR RELIEF

### Count I – Breach of Lease Agreement

23. WBTC incorporates the allegations of paragraphs 1 through 22 above as if set forth fully herein.

24. This is an action against LA Fitness for damages owed under the Lease Agreement.

25. As a result of LA Fitness's breach of the Lease Agreement, WBTC has been damaged in an amount exceeding $199,692.65, plus late fees, interest and attorneys' fees.

26. WBTC is entitled to past-due monthly minimum rent payments, taxes, and CAM charges that remain unpaid by LA Fitness, as well as late fees and interest due pursuant to the Lease Agreement.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Willow Bend Towne Centre, Ltd., a Florida limited partnership, respectfully requests this Court to enter judgment in Plaintiff's favor as follows:

    a.    Award Plaintiff damages in an amount no less than $199,692.65 in past due rent and fees, all unpaid rent that is due and payable over the balance of the term of the Lease Agreement, all other amounts due under the Lease Agreement;

    b.    Award Plaintiff pre- and post- judgment interest, costs, reasonable attorneys' fees, as allowable pursuant to the Lease Agreement and by law; and

    c.    Award Plaintiff such other relief as the Court deems just and proper.

### NOTICE OF INTENT TO SEEK ATTORNEYS' FEES

Plaintiff hereby gives notice of its intent to seek an award of attorneys' fees expended in this lawsuit pursuant to the agreements between the parties and any other available entitlement to same.

Dated: March 3, 2023

By: */s/ Matthew C. Giovenco*

R.J. Haughey, II
Florida Bar No. 0123617
rhaughey@sbwhlegal.com
rjhassistant@sbwhlegal.com
Matthew C. Giovenco
Florida Bar No. 1038856
mgiovenco@sbwhlegal.com
mhbassistant@sbwhlegal.com
SIVYER BARLOW WATSON
& HAUGHEY, P.A.
401 E. Jackson Street, Suite 2225
Tampa, Florida 33602
(813) 221-4242
(813) 227-8598 fax
Attorneys for Plaintiff